| | |
|---|---|
| TIMOTHY VERGASON,<br><br>    Petitioner,<br><br> v.<br><br>J. LIZARRAGA,<br><br>    Respondent. | 1:17-cv-01269 JLT (HC)<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

Petitioner has filed a habeas corpus action pursuant to 28 U.S.C. § 2254. He is challenging a conviction from Trinity County, which is part of the Sacramento Division of the United States District Court for the Eastern District of California. Therefore, the petition should have been filed in the Sacramento Division.

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court. Therefore, this action will be transferred to the Sacramento Division. Good cause appearing, the Court ORDERS:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

///

///

///

1

2. All future filings shall reference the new Sacramento case number assigned and shall be filed at:

    United States District Court
    Eastern District of California
    501 "I" Street, Suite 4-200
    Sacramento, CA 95814

IT IS SO ORDERED.

 Dated:  **September 26, 2017**      **/s/ Jennifer L. Thurston**
                  UNITED STATES MAGISTRATE JUDGE